**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | | |
|---|---|---|---|
| In Re: | | ) | |
| | | ) | |
| Leviner, Dawn Louise | xxx-xx-7247 | ) | |
| Leviner, Charles Dale | xxx-xx-7072 | ) | No. 25-10890 C-13G |
| 3629 Fairlane St. | | ) | |
| High Point, NC 27265 | | ) | |
| | Debtors. | ) | |

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
AND RECOMMENDATION AGAINST CONFIRMATION OF PLAN

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced plan, by and through counsel, and objects to confirmation of the plan and recommends that the plan ("plan") be denied confirmation and in support shows unto the Court as follows:

1. The Debtors filed the Plan (Docket #22) on March 10, 2026, and propose a plan payment of $3065.00 per month for two months decreasing to $2620.00 per month in the third month of the plan.

2. Trustee is unable to determine if the Debtors have met confirmation requirements which require that all income tax returns four years prior to petition filing be filed pursuant to the terms of 11 U.S.C. §1325(a)(9).

3. Under Section 2.3(b) of the plan, it provides that classes of unsecured claims are established based on liquidation value requirements Class A being allowed unsecured claims of Debtor 1 with a liquidation value requirement of $2,254.00, Class B being allowed unsecured claims of Debtor 2 with a liquidation value requirement of $0.00, and Class C being allowed joint unsecured claims of Joint with a liquidation value requirement of $0.00. The Trustee believes, based on the schedule of assets and claim for exemptions, that Class A should be $1273.00, Class B should be $3572.00 and Class C should be $14693.00.

4. Included in the liquidation value of the estate is a non-exempt cash asset in the amount of $3,393.54 that should be provided as additional payment under Section 2.2 of the plan and immediately paid to the Trustee.

5. Quantum3 Group LLC and the Guilford County Tax Department have filed secured claims for which the Debtors have provided no direction. These secured claim are deemed allowed unless objected to.

6. The plan payment is insufficient to deal with plan debt but the Truste is unable to determine the plan payment needed without of the above issues being resolved. .

7. The Trustee objects to confirmation of this plan due to tax return issues; liquidation; failure

to provide for payment of  a lump sum payment from a non-exempt cash asset; claims treatment; and plan payment.

WHEREFORE, the Trustee recommends that the Court sustain the objection to confirmation of plan and deny confirmation of the plan.

Date:  March 30, 2026                          s/Jennifer R. Harris
                                               Jennifer R. Harris, N.C. State Bar No.: 26857
                                               Attorney for Anita Jo Kinlaw Troxler, Trustee
                                               P.O. Box 1720
                                               Greensboro, NC  27402-1720
                                               Telephone: (336) 378-9164

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Leviner, Dawn Louise | xxx-xx-7247 ) | |
| Leviner, Charles Dale | xxx-xx-7072 ) | No. 25-10890 C-13G |
| 3629 Fairlane St. | ) | |
| High Point, NC 27265 | ) | |
| | Debtors. ) | |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the <u>TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN AND     RECOMMENDATION     AGAINST CONFIRMATION OF PLAN</u> by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

DAWN LOUISE LEVINER
CHARLES DALE LEVINER
3629 FAIRLANE ST.
HIGH POINT, NC 27265

DAMON DUNCAN
204 MUIRS CHAPEL RD #310
GREENSBORO NC 27410

Date:  March 30, 2026

s/Jennifer R. Harris
Jennifer R. Harris, N.C. State Bar No.: 26857
Attorney for Anita Jo Kinlaw Troxler, Trustee
P.O. Box 1720
Greensboro, NC  27402-1720
Telephone: (336) 378-9164